JAMES M.V. FITZPATRICK
Attorney at Law
California State Bar No. 125313
101 West Broadway, Suite 1950
San Diego, CA  92101
Telephone: 619.234-3422
Facsimile: 619.234.3163

Attorney for Defendant
MIREYA VIZCARRA

FILED
MAY 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MIREYA VIZCARRA,<br><br>    Defendant. | Case No. 08MJ8371<br><br>**SUBSTITUTION OF ATTORNEY** |

Defendant, MAYERA VIZCARRA, hereby substitutes JAMES M.V. FITZPATRICK, 101 West Broadway, Suite 1950, San Diego, CA 92101, telephone No. (619) 234-3422, as Attorney of Record in place and stead of Charles Rees, Esq.

DATED: May 14, 2008.     _____
                          MIREYA VIZCARRA

I CONSENT TO THE ABOVE SUBSTITUTION.

DATED: 5-15-08     _____
                    CHARLES REES

08MJ837