FILED
MAY 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____EF____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1760-BTM |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of cocaine (Felony) |
| MIREYA VIZCARRA, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about May 4, 2008, within the Southern District of California, defendant MIREYA VIZCARRA, did knowingly and intentionally import [5 kilograms or more, to wit:] approximately 23.12 kilograms (50.86 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED:   May 29, 2008  .

KAREN P. HEWITT
United States Attorney

*/s/ John J. Wen*

JAMES P. MELENDRES
Assistant U.S. Attorney

JPME:rp:Imperial
5/29/08