1  **STEPHEN P. WHITE**
   ATTORNEY AT LAW
2  *California State Bar No. 125276*
   101 W. Broadway, Suite 1950
3  San Diego, California 92101
   Telephone: (619) 702-3753
4  Facsimile: 619-238-9914

5  **JAMES M.V. FITZPATRICK**
   ATTORNEY AT LAW
6  *California State Bar No. 125313*
   101 West Broadway, Suite 1950
7  San Diego, CA   92101
   Telephone: 619.234.3422
8  Facsimile: 619.234.3163

9  *Attorneys for Defendant* MIREYA VIZCARRA

10

11

12                **UNITED STATES DISTRICT COURT**

13              **SOUTHERN DISTRICT OF CALIFORNIA**

14                   (Hon. Barry Ted Moskowitz)

15  UNITED STATES OF AMERICA          )
                                       )  Case No. 08-cr-1760-BTM
16           Plaintiff                 )
                                       )
17  vs.                                )  **NOTICE OF ASSOCIATION**
                                       )  **OF COUNSEL**
18  MIREYA VIZCARRA,                   )
                                       )
19           Defendant.                )
                                       )
20  ─────────────────────────────────)

21         PLEASE TAKE NOTICE that attorney Stephen P. White, Law Office of Stephen P. White, 101

22  West Broadway, Suite 1950, San Diego, CA 92101, (619) 702-3753, has been associated as co-counsel

23  for defendant in this action.   Please serve Stephen P. White with any pleadings, discovery and

24  correspondence in this case along with defendant's co-counsel James M. V. Fitzpatrick.

25

26  DATED: August 22, 2008            Respectfully Submitted
                                       LAW OFFICES OF STEPHEN P. WHITE
27

28                                     */s/ Stephen P. White*
                                       STEPHEN P. WHITE

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2008, I electronically filed the **NOTICE OF ASSOCIATION OF COUNSEL** with the Clerk of the Court using the CM/ECF system.  I thereby served the opposing party by e-filing to the Office of the Clerk, which will serve the parties listed on the electronic service list for this case.

Respectfully submitted,

DATED: August 22, 2008                    */s/ Stephen P. White*
                                          STEPHEN P. WHITE, ESQ.
                                          Attorney for Defendant